SEALED BY ORDER OF THE COURT

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
☐ SUPERSEDING

### OFFENSE CHARGED

18 U.S.C. § 2243(b)- Sexual Abuse of a Ward
18 U.S.C. § 2244(a)(4) – Abusive Sexual Contact
18 U.S.C. § 2241(a) – Aggravated Sexual Abuse

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:   See attachment

Name of District Court, and/or Judge/Magistrate Location
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**  FILED

**DEFENDANT - U.S**

► Darrell Wayne Smith

DISTRICT COURT NUMBER

CR 23 0110   AMO

APR 13 2023
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

### PROCEEDING

Name of Complaintant Agency, or Person (& Title, if any)

DOJ OIG

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form _____ ISMAIL J. RAMSEY
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned) _____ MOLLY K. PRIEDEMAN

### DEFENDANT

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ► _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction  } ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed _____

DATE OF ARREST ► _____ Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ► _____ Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT   Bail Amount: No Bail.

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

_____

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____  Before Judge: _____

Comments:

## Maximum Penalties

### 18 U.S.C. § 2243(b) – Sexual Abuse of a Ward (Counts Seven, Nine, Ten, Eleven, Twelve)

15 years imprisonment
$250,000 fine
Restitution
Maximum Supervised Release Term: Life
Minimum Supervised Release term: 5 years
Mandatory Special Assessment: $100

### 18 U.S.C. § 2244(a)(4) – Abusive Sexual Contact (Counts One, Two, Three, Four, Six, Eight)

2 years imprisonment
$250,000 fine
Restitution
Maximum Supervised Release Term: Life
Minimum Supervised Release term: 5 years
Mandatory Special Assessment: $100

### 18 U.S.C. § 2241(a) – Aggravated Sexual Abuse (Count Five)

Life imprisonment
$250,000 fine
Restitution
Maximum Supervised Release Term: Life
Minimum Supervised Release Term: 5 years
Mandatory Special Assessment: $100

# United States District Court

### FOR THE
### NORTHERN DISTRICT OF CALIFORNIA

VENUE: OAKLAND

**FILED**

APR 13 2023

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

SEALED BY ORDER
OF THE COURT

UNITED STATES OF AMERICA,

V.

DARRELL WAYNE SMITH
a/k/a "Dirty Dick Smith,"

CR 23 0110 AMO

DEFENDANT(S).

# INDICTMENT

18 U.S.C. § 2243(b)- Sexual Abuse of a Ward;
18 U.S.C. § 2244(a)(4) – Abusive Sexual Contact;
18 U.S.C. § 2241(a) – Aggravated Sexual Abuse.

A true bill.

/s/ Foreperson of the Grand Jury   / S /

Foreman

Filed in open court this 13th day of

April, 2023.

Ivy L. Garan   4/13/23

Clerk

Bail, $ No Bail

4/13/23

HON. DONNA M. RYU, CHIEF MAGISTRATE JUDGE

ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

**FILED**

APR 13 2023

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

SEALED BY ORDER
OF THE COURT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

DARRELL WAYNE SMITH,

    a/k/a "Dirty Dick Smith,"

    Defendant.

    )
    )
    )
    )
    )
    )
    )
    )
    )
    )
    )
    )

CASE NO. **CR 23 0110 AMO**

VIOLATIONS:
18 U.S.C. § 2243(b) – Sexual Abuse of a Ward;
18 U.S.C. § 2244(a)(4) – Abusive Sexual Contact;
18 U.S.C. § 2241(a) – Aggravated Sexual Abuse

OAKLAND VENUE

I N D I C T M E N T

The Grand Jury charges, that at all times relevant to this Indictment:

Introductory Allegations

1.    The Federal Correctional Institution, Dublin ("FCI Dublin") was a federal prison in Alameda County, California, within the Northern District of California.

2.    The defendant DARRELL WAYNE SMITH, a/k/a "Dirty Dick Smith," was employed at FCI Dublin as a correctional officer.

3.    S.L.H., an individual known to the Grand Jury, was a female inmate at FCI Dublin, who was serving a prison sentence.

4.    C.A.H., an individual known to the Grand Jury, was a female inmate at FCI Dublin, who was serving a prison sentence.

INDICTMENT                       1

5.     L.J., an individual known to the Grand Jury, was a female inmate at FCI Dublin, who was serving a prison sentence.

COUNT ONE:        (18 U.S.C. § 2244(a)(4) – Abusive Sexual Contact)

6.     Paragraphs 1 through 5 of this Indictment are re-alleged and incorporated as if fully set forth here.

7.     On a date between in or about May 2019 and in or about August 2020, in the Northern District of California, the defendant,

DARRELL WAYNE SMITH,

while in FCI Dublin, a Federal prison, knowingly engaged in sexual contact with S.L.H., a person who was in official detention and under the custodial, supervisory, and disciplinary authority of the defendant, when he touched S.L.H.'s buttocks in her cell at FCI Dublin, in violation of 18 U.S.C. § 2244(a)(4).

COUNT TWO:        (18 U.S.C. § 2244(a)(4) – Abusive Sexual Contact)

8.     Paragraphs 1 through 5 of this Indictment are re-alleged and incorporated as if fully set forth here.

9.     On a date between in or about October 2020 and in or about March 2021 in the Northern District of California, the defendant,

DARRELL WAYNE SMITH,

while in FCI Dublin, a Federal prison, knowingly engaged in sexual contact with S.L.H., a person who was in official detention and under the custodial, supervisory, and disciplinary authority of the defendant, when he touched S.L.H's buttocks in her cell at FCI Dublin, in violation of 18 U.S.C. § 2244(a)(4).

COUNT THREE:        (18 U.S.C. § 2244(a)(4) – Abusive Sexual Contact)

10.     Paragraphs 1 through 5 of this Indictment are re-alleged and incorporated as if fully set forth here.

11.     On a date between in or about April 2021 and in or about May 2021 in the Northern District of California, the defendant,

DARRELL WAYNE SMITH,

INDICTMENT                                2

while in FCI Dublin, a Federal prison, knowingly engaged in sexual contact with S.L.H., a person who was in official detention and under the custodial, supervisory, and disciplinary authority of the defendant, when he touched S.L.H.'s inner thigh and groin in her cell at FCI Dublin, in violation of 18 U.S.C. § 2244(a)(4).

COUNT FOUR:        (18 U.S.C. § 2244(a)(4) – Abusive Sexual Contact)

12. Paragraphs 1 through 5 of this Indictment are re-alleged and incorporated as if fully set forth here.

13. On a date between in or about April 2021 and in or about May 2021 in the Northern District of California, the defendant,

DARRELL WAYNE SMITH,

while in FCI Dublin, a Federal prison, knowingly engaged in sexual contact with S.L.H., a person who was in official detention and under the custodial, supervisory, and disciplinary authority of the Defendant, when he touched S.L.H.'s groin in her cell at FCI Dublin, in violation of 18 U.S.C. § 2244(a)(4).

COUNT FIVE:        (18 U.S.C. § 2241(a) – Aggravated Sexual Abuse)

14. Paragraphs 1 through 5 of this Indictment are re-alleged and incorporated as if fully set forth here.

15. On a date between in or about April 2021 and in or about May 2021 in the Northern District of California, the defendant,

DARRELL WAYNE SMITH,

while in FCI Dublin, a Federal prison, did knowingly cause S.L.H. to engage in a sexual act, when he digitally penetrated S.L.H.'s anal opening, by use of force against S.L.H., in violation of 18 U.S.C. § 2241(a).

COUNT SIX:        (18 U.S.C. § 2244(a)(4) – Abusive Sexual Contact)

16. Paragraphs 1 through 5 of this Indictment are re-alleged and incorporated as if fully set forth here.

17. On a date between in or about September 2020 and in or about January 2021 in the Northern District of California, the defendant,

INDICTMENT                                    3

DARRELL WAYNE SMITH,

while in FCI Dublin, a Federal prison, knowingly engaged in sexual contact with C.A.H., a person who was in official detention and under the custodial, supervisory, and disciplinary authority of the defendant, when he touched C.A.H.'s breast and buttocks in a laundry room at FCI Dublin, in violation of 18 U.S.C. § 2244(a)(4).

COUNT SEVEN:       (18 U.S.C. § 2243(b) – Sexual Abuse of a Ward)

18.       Paragraphs 1 through 5 of this Indictment are re-alleged and incorporated as if fully set forth here.

19.       On a date between in or about September 2020 and in or about January 2021 in the Northern District of California, the defendant,

DARRELL WAYNE SMITH,

while in FCI Dublin, a Federal prison, knowingly engaged in a sexual act with C.A.H., a person who was in official detention and under the custodial, supervisory, and disciplinary authority of the defendant, when he digitally penetrated C.A.H's genital opening while they were in a laundry room at FCI Dublin, in violation of 18 U.S.C. § 2243(b).

COUNT EIGHT:       (18 U.S.C. § 2244(a)(4) – Abusive Sexual Contact)

20.       Paragraphs 1 through 5 of this Indictment are re-alleged and incorporated as if fully set forth here.

21.       On a date between in or about September 2020 and in or about January 2021 in the Northern District of California, the defendant,

DARRELL WAYNE SMITH,

while in FCI Dublin, a Federal prison, knowingly engaged in sexual contact with C.A.H, a person who was in official detention and under the custodial, supervisory, and disciplinary authority of the defendant, when he touched C.A.H.'s breast and buttocks while they were in a laundry room at FCI Dublin, in violation of 18 U.S.C. § 2244(a)(4).

COUNT NINE:       (18 U.S.C. § 2243(b)– Sexual Abuse of a Ward)

22.       Paragraphs 1 through 5 of this Indictment are re-alleged and incorporated as if fully set forth here.

INDICTMENT                                               4

23.     On a date between in or about September 2020 and in or about January 2021 in the Northern District of California, the defendant,

DARRELL WAYNE SMITH,

while in FCI Dublin, a Federal prison, knowingly engaged in a sexual act with C.A.H., a person who was in official detention and under the custodial, supervisory, and disciplinary authority of the defendant, when he penetrated C.A.H.'s genital opening with his penis, while they were in a janitor's closet at FCI Dublin, in violation of 18 U.S.C. § 2243(b).

COUNT TEN:          (18 U.S.C. § 2243(b) – Sexual Abuse of a Ward)

24.     Paragraphs 1 through 5 of this Indictment are re-alleged and incorporated as if fully set forth here.

25.     On a date between in or about March 2020 and in or about June 2020 in the Northern District of California, the defendant,

DARRELL WAYNE SMITH,

while in FCI Dublin, a Federal prison, knowingly engaged in a sexual act with L.J., a person who was in official detention and under the custodial, supervisory, and disciplinary authority of the defendant, when he digitally penetrated L.J.'s genital opening, while they were in L.J.'s cell at FCI Dublin, in violation of 18 U.S.C. § 2243(b).

COUNT ELEVEN:    (18 U.S.C. § 2243(b) – Sexual Abuse of a Ward)

26.     Paragraphs 1 through 5 of this Indictment are re-alleged and incorporated as if fully set forth here.

27.     On a date between in or about August and in or about December 2020 in the Northern District of California, the defendant,

DARRELL WAYNE SMITH,

while in FCI Dublin, a Federal prison, knowingly engaged in a sexual act with L.J., a person who was in official detention and under the custodial, supervisory, and disciplinary authority of the defendant, when he digitally penetrated L.J.'s genital opening, while they were in a laundry room at FCI Dublin, in violation of 18 U.S.C. § 2243(b).

INDICTMENT                                              5

COUNT TWELVE:    (18 U.S.C. § 2243(b) – Sexual Abuse of a Ward)

28.    Paragraphs 1 through 5 of this Indictment are re-alleged and incorporated as if fully set forth here.

29.    On a date between in or about September 2020 and in or about January 2021 in the Northern District of California, the defendant,

DARRELL WAYNE SMITH,

while in FCI Dublin, a Federal prison, knowingly engaged in a sexual act with L.J., a person who was in official detention and under the custodial, supervisory, and disciplinary authority of the defendant, when he digitally penetrated L.J.'s genital opening, while they were in a laundry room at FCI Dublin, in violation of 18 U.S.C. § 2243(b).

DATED: April 13, 2023

A TRUE BILL.

/s/

/s/ *Foreperson of the Grand Jury*
FOREPERSON

ISMAIL J. RAMSEY
United States Attorney

/s/ *Molly K. Priedeman*
MOLLY K. PRIEDEMAN
Assistant United States Attorney

INDICTMENT                                6