UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

**Date:** February 28, 2025        **Time:** 1 Hour 25 Minutes        **Judge:** YVONNE GONZALEZ ROGERS

**Case No.:** 23-cr-110-YGR        **Case Name:** UNITED STATES v. Darrell Wayne Smith

**Attorney for Plaintiff: Andrew Paulson and Sailana Paidipaty**
**Attorney for Defendant: Naomi Chung and Joanna Sheridan**
**Defendant: Darrell Wayne Smith** [ X ] Present  [  ] Not Present
**Defendant's Custodial Status:** [  ] In Custody  [ X ] Not in Custody

**Deputy Clerk:** Edwin Angelo A. Cuenco        **Reported by:** Kendra Steppler; via Zoom

**PROCEEDINGS**

Pretrial Conference – Held.

Written Order to issue.

This case is set for Jury Selection on March 10, 2025, at 8:00 a.m.