

**U.S. Department of Justice**

*United States Attorney*
*Northern District of California*

*1301 Clay Street, Suite 340S*             *(510) 637-3680*
*Oakland, California 94612*            *FAX:(510) 637-3724*

March 26, 2025

**BY EMAIL**

Naomi Chung
Hickey & Chung
Pier 9, Suite 100
San Francisco, CA 94111
Chung@Defender.Law

Joanna P. Sheridan
J.P. Sheridan Law
601 Montgomery Street, Suite 850
San Francisco, CA 94111
joanna@jpsheridanlaw.com

       Re:    **United States v. Darrell Wayne Smith**
               **CR 23-00110-YGR**

Dear Ms. Chung and Ms. Sheridan:

       Today we discovered that there was a production error related to Mr. Smith's BOP email accounts. On November 7, 2024, we produced to you several files related to your client's BOP email. The report produced at Bates SMITH-001573 indicates that the FBI uploaded to its 1A file three PST files (native Microsoft Outlook email exports) related to your client. Of those, one PST appropriately transferred and the emails from that PST can be found starting at Bates SMITH-001577.

       On November 7, 2024, we attempted to produce a second PST to you at Bates SMITH-001576. The discovery index we provided to you along with that production lists that file as:

       (U) ~Darrell Smith@BOP28459.WXR_ADM1.WXR_DOM1_Archive-04.pst.tmp

This file was produced in native format. Tonight, we discovered that this file could not be opened. We suspect this is because a ".tmp" file extension was for some reason added to the end of the file name. We do not understand why the ".tmp" extension was added to the file, but it appears that this extension rendered the file unreadable. As we investigated this issue, we discovered that this file contained approximately 7,450 emails from your client's BOP email account. In investigating further, we located a third PST file from your client's BOP email

account that was not previously produced.  There are approximately 1,250 emails in this third PST file, but all of them post-date your client's time at FCI Dublin.  We have uploaded to USAfx the corrupted PST file that we attempted to produce to you on November 7, 2024, as well as the third PST file with the emails that post-date your client's time at FCI Dublin.

    Other than to obtain an understanding of the volume of emails in the two PST files that we are producing to you tonight, we have not, and will not, review any of the emails contained in either of those files.  Additionally, we will not use any of those emails during the remainder of this trial.

    Very truly yours,

    PATRICK D. ROBBINS
    Acting United States Attorney

    */s/ Andrew Paulson*
    ANDREW PAULSON
    SAILAJA PAIDIPATY
    Assistant United States Attorneys