PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

ANDREW PAULSON (CABN 267095)
SAILAJA PAIDIPATY (NYBN 5160007)
Assistant United States Attorneys

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    andrew.paulson@usdoj.gov
    sailaja.paidipaty@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. 4:23-cr-00110-YGR |
| Plaintiff, | ) **JOINT PROPOSED RETRIAL DEADLINES; AS AMENDED BY THE COURT** |
| v. | ) |
| DARRELL WAYNE SMITH, | ) |
| Defendant. | ) |

On April 21, 2025, the Court set this matter for trial beginning on August 25, 2025. The Court ordered the parties to meet and confer regarding other pretrial deadlines, and to file a joint proposal for pretrial deadlines.

The parties propose that the Court enter the following dates and times for hearings and filing deadlines. The parties will file the materials listed below to the extent they are different than those originally filed prior to the March 2025 trial. For example, the prior stipulations will remain in effect unless the parties file amended stipulations.

| **EVENT** | **DATE** |
|---|---|
| Supplemental 404(b) Notice<br><br>Supplemental Expert Reports<br><br>Summary Charts | June 6, 2025 |
| Deadline to meet and confer regarding Proposed Jury Instructions, Voir Dire Questions, Exhibits, Stipulations, and Joint Statement of the Case | June 13, 2025 |
| Rebuttal Expert Reports | June 20, 2025 |
| Exchange of Motions in Limine<br><br>Filing of additional proposed questions for written juror questionnaire | June 27, 2025 |
| Exchange of Oppositions to Motions in Limine | July 3, 2025 |

| EVENT | DATE |
|---|---|
| Filing of Unresolved Motions in Limine | July 11, 2025 |
| Stipulations of Fact (if any) | |
| Exhibit List | |
| Witness List | |
| Submission of Trial Exhibits to Court | |
| Additional Jury Voir Dire Questions (if any) | |
| Proposed Jury Instructions | |
| Proposed Verdict Form | |
| Government Trial Memorandum | |
| Joint Statement of the Case | |
| Joint Pretrial Conference Statement | |
| Pretrial Conference/Motions in Limine Hearing | August 1, 2025 at 9:30 a.m. |
| Deadline to exchange any visuals, graphics, or exhibits for opening statements | August 18, 2025 |
| Jury Selection | August 20, 2025, at 8:00 a.m. |
| Objections to any visuals, graphics, or exhibits for opening statements | August 21, 2025 |
| Telephonic Hearing to Address Objections to Opening Statements (if necessary) | August 22, 2025 |
| Trial | August 25, 2025, at 8:00 a.m. |

///

///

///

///

///

1  DATED: May 1, 2025                              */s/ Andrew Paulson*
2                                                  ANDREW PAULSON
                                                   SAILAJA PAIDIPATY
3                                                  Assistant United States Attorneys

4

5  DATED: May 1, 2025                              */s/ Naomi Chung*
                                                   NAOMI CHUNG
6                                                  JOANNA P. SHERIDAN
                                                   Attorneys for the Defendant

