CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

ANDREW PAULSON (CABN 267095)
ALETHEA SARGENT (CABN 288222)
Assistant United States Attorneys

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    andrew.paulson@usdoj.gov
    alethea.sargent@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR-21-00429 YGR |
| Plaintiff, | [FILED NOVEMBER 2, 2021] |
| v. | |
| RAY J. GARCIA, | |
| Defendant. | |

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR-22-00031 YGR |
| Plaintiff, | [FILED JANUARY 28, 2022] |
| v. | NOTICE OF RELATED CASE IN A CRIMINAL ACTION |
| ROSS KLINGER, | |
| Defendant. | |

| | | |
|---|---|---|
| 1 | UNITED STATES OF AMERICA, ) | NO. CR-22-00066-YGR |
| 2 | Plaintiff, ) | [FILED FEBRUARY 17, 2022] |
| 3 | v. ) | NOTICE OF RELATED CASE IN A CRIMINAL ACTION |
| 4 | JOHN RUSSELL BELLHOUSE, ) | |
| 5 | Defendant. ) | |

| | | |
|---|---|---|
| 7 | UNITED STATES OF AMERICA, ) | NO. CR-22-00104-YGR |
| 8 | Plaintiff, ) | [FILED MARCH 10, 2022] |
| 9 | v. ) | NOTICE OF RELATED CASE IN A CRIMINAL ACTION |
| 10 | ENRIQUE CHAVEZ, ) | |
| 11 | Defendant. ) | |

| | | |
|---|---|---|
| 13 | UNITED STATES OF AMERICA, ) | NO. CR-23-00110-YGR |
| 14 | Plaintiff, ) | [FILED APRIL 13, 2023] |
| 15 | v. ) | NOTICE OF RELATED CASE IN A CRIMINAL ACTION |
| 16 | DARRELL WAYNE SMITH, ) | |
| 17 | a/k/a "Dirty Dick Smith," ) | |
| 18 | Defendant. ) | |

| | | |
|---|---|---|
| 20 | UNITED STATES OF AMERICA, ) | NO. CR-23-00212-YGR |
| 21 | Plaintiff, ) | [FILED JULY 13, 2023] |
| 22 | v. ) | NOTICE OF RELATED CASE IN A CRIMINAL ACTION |
| 23 | ANDREW JONES, ) | |
| 24 | Defendant. ) | |

|    |                              |                                          |
|----|------------------------------|------------------------------------------|
| 1  | UNITED STATES OF AMERICA,    | NO. CR-23-00213-YGR                      |
| 2  |     Plaintiff,               | [FILED JULY 13, 2023]                    |
| 3  |     v.                       | NOTICE OF RELATED CASE IN A CRIMINAL ACTION |
| 4  | NAKIE NUNLEY,                |                                          |
| 5  |     Defendant.               |                                          |

|    |                              |                                          |
|----|------------------------------|------------------------------------------|
| 7  | UNITED STATES OF AMERICA,    | NO. CR-25-00180-AMO                      |
| 8  |     Plaintiff,               | [FILED JUNE 25, 2025]                    |
| 9  |     v.                       | NOTICE OF RELATED CASE IN A CRIMINAL ACTION |
| 10 | JEFFREY RAYMOND WILSON,      |                                          |
| 11 |     Defendant.               |                                          |

|    |                              |                                          |
|----|------------------------------|------------------------------------------|
| 13 | UNITED STATES OF AMERICA,    | NO. CR-25-00181-HSG                      |
| 14 |     Plaintiff,               | [FILED JUNE 25, 2025]                    |
| 15 |     v.                       | NOTICE OF RELATED CASE IN A CRIMINAL ACTION |
| 16 | LAWRENCE GACAD,              |                                          |
| 17 |     Defendant.               |                                          |

Pursuant to Local Criminal Rule 8-1, the United States of America hereby notifies the Court that the nine above-captioned criminal cases are related. In CR-21-00429, Ray J. GARCIA was charged with three counts of sexual abuse of a ward in violation of 18 U.S.C. § 2243(b), four counts of abusive sexual contact in violation of 18 U.S.C. § 2244(a)(4), and one count of making a false statement to a government agency in violation of 18 U.S.C. § 1001(a)(2). The conduct occurred between December 2019 and July 2021 while GARCIA was the associate warden and then warden at BOP Federal Correctional Institute in Dublin (hereafter "FCI Dublin").

In CR-22-00031, Ross KLINGER was charged with three counts of sexual abuse of a ward in violation of 18 U.S.C. § 2243(b). The conduct occurred in 2020 while KLINGER was a correctional officer at FCI Dublin and GARCIA was the associate warden.

In CR-22-00066, John Russell BELLHOUSE was charged with two counts of sexual abuse of ward in violation of 18 U.S.C. § 2243(b) and three counts of abusive sexual contact in violation of 18 U.S.C. § 2244(a)(4). The conduct occurred between December 2019 and December 2020 while BELLHOUSE was KLINGER's supervisor on the Safety & Recycling crew at FCI Dublin and while GARCIA was the associate warden and then warden.

In CR-22-00104, Enrique CHAVEZ was charged with two counts of abusive sexual contact in violation of 18 U.S.C. § 2244(a)(4). The conduct occurred in October 2020 while CHAVEZ was a correctional officer at FCI Dublin, and GARCIA was the associate warden.

In CR-23-0110, Darrell Wayne SMITH is charged with six counts of sexual abuse of a ward, in violation of 18 U.S.C. § 2243(b); six counts of abusive sexual contact, in violation of 18 U.S.C. § 2244(a)(4); one count of aggravated sexual abuse, in violation of 18 U.S.C. § 2241(a); and one count of deprivation of rights under color of law, in violation of 18 U.S.C. § 242. The conduct occurred between August 2016 and May 2021 while SMITH was a correctional officer at FCI Dublin and GARCIA was the associate warden and then warden.

In CR-23-00212, Andrew JONES was charged with six counts of sexual abuse of a ward in violation of 18 U.S.C. § 2243(b) and one count of making a false statement to a government agency in violation of 18 U.S.C. § 1001(a)(2). The conduct occurred between July 2020 and June 2021 while JONES was a correctional officer at FCI Dublin, and GARCIA was the associate warden and then warden.

In CR-23-0213, Nakie NUNLEY was charged with four counts of sexual abuse of a ward in violation of 18 U.S.C. § 2243(b), five counts of abusive sexual contact in violation of 18 U.S.C. § 2244(a)(4), and one count of making a false statement to a government agency in violation of 18 U.S.C. § 1001(a)(2). The conduct occurred between March 2020 and November 2021 while NUNLEY was a correctional officer at FCI Dublin and GARCIA was the associate warden and then warden.

In CR-25-0180, Jeffrey WILSON is charged with five counts of sexual abuse of a ward in violation of 18 U.S.C. § 2243(b) and one count of making a false statement to a government agency in violation of 18 U.S.C. § 1001(a)(2). The conduct occurred between March and August 2022 while WILSON was a correctional officer at FCI Dublin.

In CR-25-0181, Lawrence GACAD is charged with one count of abusive sexual contact in violation of 18 U.S.C. § 2244(a)(4). This conduct occurred between March and June 2022 while GACAD was a correctional officer at FCI Dublin.

Thus, all nine cases involve sexual abuse of a ward at FCI Dublin during the same timeframe. Moreover, GARCIA supervised KLINGER, BELLHOUSE, CHAVEZ, SMITH, JONES, and NUNLEY during the timeframe of the abuse charged in those cases. GARCIA also supervised WILSON and GACAD prior to the charged timeframe in those cases and prior to GARCIA being placed on administrative leave from FCI Dublin on July 22, 2021, for sexually abusing inmates at the prison.

The government anticipates that the evidence that the government produces in these cases will overlap. All nine cases arose from an investigation into FCI Dublin during the same timeframe, and many of the interviews conducted by the government, as well as other evidence, pertain to all nine cases. Based upon these facts, the cases are related within the meaning of Local Criminal Rule 8-1(b)(2) because these actions appear likely to entail substantial duplication of labor if heard by different judges or might create conflicts and unnecessary expenses if conducted before different judges.

Pursuant to Local Criminal Rule 8-1(c)(4), government counsel states that assignment of these cases to a single judge is likely to conserve judicial resources and promote an efficient determination of each action.

DATED: June 26, 2025

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Andrew Paulson*
ANDREW PAULSON
ALETHEA SARGENT
Assistant United States Attorneys