1  CRAIG H. MISSAKIAN (CABN 125202)
   United States Attorney
2
   MARTHA BOERSCH (CABN 126569)
3  Chief, Criminal Division

4  ANDREW PAULSON (CABN 267095)
   SAILAJA PAIDIPATY (NYBN 5160007)
5  Assistant United States Attorneys

6       1301 Clay Street, Suite 340S
        Oakland, California 94612
7       Telephone: (510) 637-3680
        FAX: (510) 637-3724
8       andrew.paulson@usdoj.gov
        sailaja.paidipaty@usdoj.gov
9
   Attorneys for United States of America
10
                  UNITED STATES DISTRICT COURT
11
                NORTHERN DISTRICT OF CALIFORNIA
12
                        OAKLAND DIVISION
13

14  UNITED STATES OF AMERICA,           )  CASE NO. 4:23-cr-00110-YGR
                                        )
15          Plaintiff,                  )  JOINT PROPOSED ADDITIONAL QUESTIONS
                                        )  FOR WRITTEN JUROR QUESTIONNAIRE
16      v.                              )
                                        )
17  DARRELL WAYNE SMITH,                )
                                        )
18          Defendant.                  )
                                        )
19  _____ )

20

21

22

23

24

25

26

27

28

The parties respectfully request that the following questions be added to the Survey Monkey questionnaire that is sent to all prospective jurors.

1. Have you or any of your close friends or relatives been the victim of a sexual assault?

2. Have you or any of your close friends or relatives ever been accused of sexual assault?

3. Have you or any of your close friends or relatives ever worked in a jail or prison?

4. Have you or any of your close friends or relatives ever been incarcerated in a jail or prison?

5. Have you or any of your close friends or relatives ever been a member of an employee union?

6. Have you ever been a participant in or a member of a crime victim's advocacy group?

7. Do you have strong feelings (positive or negative) about current or former prisoners?

8. Do you have strong feelings (positive or negative) about current or former correctional officers (such as prison guards)?

9. Do you have any strong feelings (positive or negative) about adult pornography?

10. Have you heard about any events which may have occurred at the Federal Correctional Facility in Dublin, CA?

   a. Where do you most regularly get your news (for example: newspaper, local television news, cable news, social media, radio)?

   b. Which newspapers, stations, networks, and/or websites do you regularly get your news from?

DATED: June 27, 2025

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Andrew Paulson*
ANDREW PAULSON
SAILAJA PAIDIPATY
Assistant United States Attorneys

*/s/ Naomi S. Chung*
NAOMI CHUNG
JOANNA P. SHERIDAN
Attorneys for the Defendant