UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## AMENDED CRIMINAL MINUTES

**Date:** October 7, 2025        **Time:** 9 minutes        **Judge:** YVONNE GONZALEZ ROGERS

**Case No.:** 23-cr-110-YGR        **Case Name:** UNITED STATES v. Darrell Wayne Smith

**Attorney for Plaintiff:** Andrew Paulson and Sailaja Paidipaty
**Attorney for Defendant:** Naomi Chung and Joanna Sheridan
**Attorney for Carla Sisi-Smith:** Tamara Crepet
**Defendant:** Darrell Wayne Smith  [ X ] Present   [  ] Not Present
**Defendant's Custodial Status:** [  ] In Custody  [ X ] Not in Custody

**Deputy Clerk:** Edwin Angelo A. Cuenco        **Reported by:** Stephen Franklin; via Zoom

## PROCEEDINGS

Status Conference - Held.

The Government is in the process of consulting with the victims in this case. The defense counsel has requested for the defendant's financial records for review by an expert. The Court orders the filing of the financial report under seal by November 12, 2025.

Case is continued to November 19, 2025, at 2:00 p.m. for Status Conference.